MARK D. FOWLER (Bar No. 124235)
mark.fowler@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94393-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

MICHAEL D. JAY (Bar No. 223827)
michael.jay@us.dlapiper.com
NANDAN R. PADMANABHAN (Bar No. 280309)
nandan.padmanabhan@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
Facsimile: 310.595.3300

TIFFANY C. MILLER (Bar No. 246987)
tiffany.miller@us.dlapiper.com
CATHERINE HUANG (Bar No. 299696)
catherine.huang@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MOBILE TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:23-cv-04168-WHA <br><br> [PROPOSED] **ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION TO STAY PENDING *INTER PARTES* REVIEW** <br><br> DATE: October 24, 2023 <br> TIME: 8:00 a.m. <br> PLACE: Courtroom 12 – 19th Floor <br> JUDGE: Hon. William Alsup |

Before the Court is Apple Inc.'s Motion to Stay Pending *Inter Partes* Review ("Motion"). Having considered Apple's Motion, as well as the evidence submitted by Apple and that the Motion is unopposed, the Court is of the opinion that Apple's Motion should be granted.

IT IS THEREFORE ORDERED that Apple's Motion is granted, and this case is hereby stayed pending issuance of the Final Written Decisions in the instituted IPR proceedings against the Asserted Patents.

The initial case management conference set for September 26, the motion hearing set for October 24, and all associated briefing deadlines are hereby VACATED.

Dated: September 19, 2023.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE